UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LADONTE MARIO GAINES-GRACY ) | |
| ) | |
| Plaintiff, ) | Cause No. 4:15-CV01435-RWS |
| ) | |
| CITY OF JENNINGS, ET AL ) | |
| ) | |
| Defendants ) | |

**PARTIAL MOTION TO DISMISS WITHOUT PREJUDICE**

Comes now plaintiff, pursuant to Federal Rule of Civil Procedure 41 (a) (2) and moves this Court to enter an order dismissing without prejudice defendants Matthew Levy and Marshall Lee only.

/s/ Jeffrey T. Weisman #34075MO

/s/ Peter Fiore #31650MO
Attorneys for Plaintiff
1221 Locust Street, Ste. 800
St. Louis, MO 63103
(314) 231-2020 Ext. 13; fax (314) 231-2016
jeff@jweismanlaw.com
cohenstonepf@sbcglobal.net

CERTIFICATE OF SERVICE

A true and accurate copy of the foregoing was e-mailed on the 2nd day of May, 2016

Michael E. Hughes
Associate County counselor
41 So. Central Ave., 9th Floor
Clayton MO 63105

Jamis Kresyman
Attorney for City of Jennings
130 S. Bemiston, Suite 700
Clayton MO 63105

____/s/Jeffrey T. Weisman_____